# Order

Michigan Supreme Court
Lansing, Michigan

February 10, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155129(5)

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellant,

v

SC: 155129
ADB: 15-000120-GA

MARK W. STEPEK,
      Respondent-Appellee.
_____/

      On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing his answer is GRANTED. The answer will be accepted as timely filed if submitted on or before March 3, 2017.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2017



Clerk